IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YURELY GOMEZ**                                                                                           **PLAINTIFF**

**V.**                                            **4:24CV001074 JM**

**AMECA GRILL, INC.**                                                                                  **DEFENDANT**

## ORDER

The Joint Motion to Dismiss and for Approval of Settlement Agreement (Doc. No. 6) is GRANTED. This case is DISMISSED with prejudice, subject to the terms of the Settlement Agreement. The Court retains jurisdiction in this matter for thirty (30) days for the purpose of resolving any dispute concerning the Settlement Agreement.

IT IS SO ORDERED this 9th day of April, 2025.

_____
James M. Moody Jr.